UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-11185-JLT |
| TUCARD, LLC, | * |
| Defendant. | * |

ORDER

July 18, 2011

TAURO, J.

This case is hereby DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[1]

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge

---

[1] See Link v. Wabash R.R. Co., 370 U.S. 626, 630 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power' . . . ."); Alen-Guitierrez v. Acevedo-Miranda, 66 Fed. Appx. 226, 228 (1st Cir. 2003) (holding that the District Court properly dismissed a case sua sponte pursuant to Rule 41(b)).